UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:22-cr-27-LEW |
| ) | |
| KAYLA ALVES ) | |

### DEFENDANT'S SENTENCING MEMORANDUM

NOW COMES Defendant, by and through undersigned counsel, and hereby submits the following memorandum in aid of sentencing, and states as follows:

### Introduction

Defendant Kayla Alves ("Kayla") comes before this Court with her head bowed for what she has done, and with a plea for mercy.

Kayla was the next door neighbor to Brad Scovil ("Scovil"), a former Franklin County Sherriff's Office deputy who claimed to Kayla, falsely, to be involved in a legal marijuana growing business. Scovil asked Kayla if he was being watched by the police. Kayla spoke with a person at the Franklin County District Attorney's Office, where Kayla had worked as an Assistant District Attorney since 2018, and Kayla was told that in fact "the Feds" may be investigating Scovil. After passing along this information to Scovil she destroyed a series of text messages related to that information, a crime that Kayla pled guilty to on March 8, 2022. As Kayla looks back upon the terrible decision she made in a split second when she deleted the text messages, and for which she received zero gain, she cannot believe she did so, and she now finds herself before this Court, having pled guilty to a felony crime and asking for the Court's mercy.

1

But while Kayla clearly committed this offense and has fully and completely accepted responsibility for it, she is more than just the measure of that one criminal action. Kayla's life story is one of perseverance, hardship, and working day in and day out to be the best mother for her three boys who are now 15, 12, and 9. At the same time Kayla has strived in her life to better herself, serve her country, and live a completely law abiding – indeed, enforcing - life.

At the end of the day, Kayla recognizes that she must be sentenced for what she did, but asks that this Court place her on probation and not incarceration for the crime she committed. Here is why.

## **Personal Background**

Kayla grew up in the Portland area and with a loving family. Kayla's aunt's letter to this Court describes Kayla's upbringing in these words:

> *Kayla was raised by a family of hardworking, law abiding citizens and has lived her life with the simple values her parents and extended family have instilled in her and her brother. Those simple values taught throughout our family for 3 generations is to be kind, work hard and own your actions. These values have produced many aunts, uncles and cousins that contribute daily to our communities through our work, volunteering and being trusted neighbors.*

Kayla graduated from Catherine McAuley High School in 2003. After a year of college, she joined the United States Army. After graduating from basic training in 2004 and completing her advanced training the following year, she served with the Army's storied 25th Infantry Division. Kayla's service in the Army included deployment to Iraq. Kayla's Army service was exemplary. She received two Army Commendation Medals; two Good Conduct Medals; a National Defense Service Medal; a Global War on Terrorism Medal, and an Iraq Campaign Medal with Campaign Star, as well as the Army Service Ribbon and two Overseas Service Ribbons. Kayla's put

herself in harm's way in service to her country and was honorably discharged as a Sergeant in February of 2011.[1]

Kayla's family was proud of Kayla and her service. As her father put it in his letter to the court:

> *I have watched my daughter Kayla grow into the fine young lady she is today. We were very proud of her when she started college in Scranton, Pennsylvania. Kayla completed her freshman year but had a calling to do more and make an impact on the world. She joined the U.S. Army. She was worried what we would say so she told her brother first. Angie and I were proud, but Angie's father was the proudest because he served in the U.S. Army in Korea. When she became a Sergeant she and her grandfather had many laughs about who outranked who. Kayla went on to serve six years with a tour of duty in Iraq. She was not stationed just anywhere, but in Tikrit which was the hometown of Saddam Hussein. She was stationed there when his sons were killed. Angie and I had many sleepless nights at that time but we don't have to discuss the horror of war here.*

Kayla's service was not easy, though, when it came to her personal life. She was sexually assaulted by her first husband, a fellow soldier, Roberto Ruiz. Typical of many soldiers during that time, and even to this day, she did not report the sexual assault because she did not trust anyone – much less the Army - would believe that she was raped as she and Mr. Ruiz had been married. The event was traumatic and something that Kayla still lives with to this day. Mr. Ruiz was particularly abusive and controlling and he required that Kayla obtain permission to go anywhere or associate with anyone.

While she was in the military, Kayla obtained her college degree. After leaving the military, she worked for a short period of time as a corrections officer and then went on to law school with her three young children in tow, ultimately graduating and passing the Maine bar exam in 2018. Kayla started working as an Assistant District Attorney with the Franklin County

---

[1] Kayla's military service, combined with her other unique personal characteristics noted below, allow this Court to depart from the Sentencing Guidelines. U.S.S.G. sec. 5H1.1 ("Military service may be relevant in determining whether a departure is warranted, if the military service, individually or in combination with other offender characteristics, is present to an unusual degree and distinguishes the case from the typical cases covered by the guidelines.") The Court may also of course consider Kayla's military service in its 18 U.S.C. sec. 3553 or variant sentencing analyses.

District Attorney's Office that year, and up until the time of this case she was employed as an Assistant District Attorney who had earned the respect of her peers. A number of letters from attorneys that Kayla worked with during her time as an Assistant District Attorney are being submitted and, as the Court can see, Kayla was someone who was straightforward and committed to doing the best work as a prosecutor.

Kayla's greatest joy is her three sons. Colin (13), Noah (12), and Dylan (8) are three wonderful young boys that have been raised almost exclusively by Kayla. The father of the boys, Colon Brown, left Kayla when their sons were very young, and took up a relationship with another soldier. He now apparently lives in Alaska. He has had virtually no contact at all with their sons. Kayla raised her children by herself and has been totally committed to doing so. All of her sons are good students and polite, respectful, and well behaved boys. Kayla spends virtually all of her non-work time with her sons in an effort to make sure that they have her full attention, always.

After Kayla lost her job when the Complaint was filed in this case, she immediately started working for L.L. Bean in customer service, which allowed her to work from home. She has been doing everything she can to make ends meet, as difficult as that has been with three children and a now very limited income.

As if the past year has not had enough challenges, Kayla's mother, the person she has always been closest to and who had been an unwavering support to Kayla, passed away after a long illness on May 24, 2022. Kayla's beloved grandmother also passed away this year, on July 17, 2022. Kayla relied on her mother to take care of sons when she was not available, and Kayla is struggling to determine what she will do with respect to her sons if she has to serve a period of incarceration.

Kayla has <u>zero</u> criminal history.

### Acceptance of Responsibility and Remorse

Kayla pled guilty on March 8, 2022, by video, to a one count Information charging her with tampering with documents. Kayla's acceptance of responsibility has been total, complete, and sincere. She provided a statement to the probation officer that explained the background of why she ended up doing what she did, concluding with the following:

> *Words cannot express how terrible I feel about what I did. I certainly knew better and never should have spoken with Scovil at all or texted with him. I also should have never deleted my text messages as that was clearly the wrong thing to do.*
>
> *There is not a single hour of my day when I do not think about what I did and how wrong it was. The fact that this incredible mistake could put me in prison is gut-wrenching. I was brought up to tell the truth and to be honest in everything I did. I have lived these lessons in my personal life and my work life as a soldier and ultimately an attorney. I have taught my sons these same lessons which makes what I did here all the more distressing.*
>
> *In the end, I cannot apologize enough for what I did.*

PSR ¶18.

### 18 U.S.C. sec. 3553 factors

Just what sentence is "sufficient, but not greater than necessary" in Kayla's case is where, as always, the rubber meets the road. Kayla clearly committed a crime when she deleted her text messages related to letting Scovil know that she had heard that law enforcement may be looking into what Scovil was doing with his purportedly "legal" marijuana activities. Kayla pled guilty, by Information, to this crime and she wishes more than anything that she could go back to that day and just leave the text messages right where they were.

Since the day that she became aware that she was under investigation two year ago now, she has lived with the nightmare that she may well lose everything in her life that she has worked so very hard for, a nightmare that became a reality when she was criminally charged, was fired

5

from her job, and her crime was reported extensively in the media. She has also lived with the nightmare of the prospect that she may well lose the ability to care for her children.

And yet Kayla has lived a life that could only be characterized as brave, earnest, hardworking, and caring. She served in the military, and walked the walk in her service when she was deployed to Tikrit, Iraq with the Lightning Brigade in an imminent danger zone during the military surge of 2007. Her service was honorable, she received multiple medals and honors, and yet she is unfailingly humble about all she did in the Army. Kayla earned her college degree while in the Army, no small feat for anyone, especially for someone with small children, and then went on to law school while working full time, doing so as her father put it "without handouts or assistance." Her children are her everything and have been the one constant source of positivity in her life through these past two difficult years as she saw everything she had worked so hard for slip through her grasp.

### Sentencing Request

Kayla has an incredible personal background. She has picked herself up from her bootstraps and forged ahead despite many challenges and difficulties. She is thankful that she has three wonderful sons, and she is very proud of them.

Kayla has pled guilty and acknowledged to this Court her terrible mistake. She has done everything she can since being charged to make sure that everyone recognizes and understands that she is guilty of the crime that she is going to be convicted of and made sure that she has done everything to continue to provide for her sons, despite incredible odds and the deaths of two cherished family members.

Kayla is requesting this Court sentence her to a period of probation, a sufficient sentence, and not greater than necessary given Kayla's unique background and life. Kayla's felony

conviction alone, and all that comes with that, is a significant punishment in and of itself. She will suffer disciplinary action with the Board of Bar Overseers once she is convicted next week, and it may well be that it is a long time before she can go back to practicing law, if she is ever even allowed to do so. Being placed on probation would further the interests of justice in that it would not require Kayla to be incarcerated, while at the same time ensure that she remains on the straight and narrow path that, until this incident, is the only time she has ever strayed, albeit briefly and catastrophically.

There may well be a view that justice would be served by sentencing Kayla to a brief term of imprisonment. But Abraham Lincoln once noted that "mercy bears richer fruits than strict justice." And Kayla asks for just that very mercy from this Court.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this Court sentence her to a period of probation.

Date: August 9, 2022

/s/Walter F. McKee
Attorney for Defendant
McKee Law, P.A.
133 State Street
Augusta, ME. 04330
(207) 620-8294
wmckee@mckeelawmaine.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 9, 2022 I electronically filed Defendant's Sentencing Memorandum with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: United States Attorney's Office, Portland, Maine.

Date: August 9, 2022

                                               /s/Walter F. McKee  
                                               WALTER F. MCKEE  
                                               McKee Law, P.A.  
                                               133 State Street  
                                               Augusta, ME.   04330  
                                               (207) 620-8294  
                                               *wmckee@mckeelawmaine.com*